

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JAMES PLAS SAMS,

    Plaintiff,

    v.

DR. CINDY LIN, et al.,

    Defendants.

Case No. 2:25-cv-10177-ODW-JDE

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

  Under 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative First Amended Complaint (Dkt. 7, "FAC") filed by James Plas Sams ("Plaintiff"), the Report and Recommendation of the Magistrate Judge (Dkt. 9, "Report"), and Plaintiff's Objections to the Report (Dkt. 10). The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

  Therefore, IT IS HEREBY ORDERED that:

  (1) the Report (Dkt. 9) is approved and accepted;

  (2) all federal claims asserted against Dr. Cindy Lin ("Dr. Lin"), Custody Assistant Donald Hinton ("Hinton"), and the Los Angeles County

Department of Health Services ("Department of Health Services") are DISMISSED without leave to amend and with prejudice;

(3) all federal claims asserted against Los Angeles County ("the County") and the Los Angeles County Sheriff's Department ("the Sheriff's Department") except the Fourteenth Amendment claim alleging "freezing cell cells and inadequate clothing/bedding" are DISMISSED without leave to amend and with prejudice;

(4) the Court declines to exercise supplemental jurisdiction over: (a) all state law claims against Dr. Lin, Hinton, and the Department of Health Services; and (b) the second through nine state law claims against the County and Sheriff's Department, with such claims dismissed without prejudice; and

(5) the action shall proceed against the County and Sheriff's Department only as to:

(a) the Fourteenth Amendment "freezing cold cells and inadequate clothing/bedding" claim (first federal cause of action);

(b) Bane Act "cold cells" claim (first state law claim); and

(c) Intentional infliction of emotional distress claim (tenth state law claim) as asserted in the FAC.

Nothing herein limits the County or the Sheriff's Department from raising any defense to the remaining claims, including an argument that such claims fail to state a claim upon which relief may be granted.

IT IS SO ORDERED.

Dated: February 18, 2026

_____
OTIS D. WRIGHT, II
United States District Judge

2