UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JAMES SAMS,<br>Plaintiff,<br>v.<br>DR. CINDY LIN, et al.,<br>Defendants. | Case No. 2:25-cv-10177-ODW-JDE<br>ORDER OF DISMISSAL<br>**[JS-6]** |

Based on the parties' Stipulation (Dkt. 28) and for good cause shown, this action is DISMISSED with prejudice in its entirety, with each party bearing that party's own attorney's fees and costs.

Dated: August 21, 2026

OTIS D. WRIGHT, II
United States District Judge